NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re UCHECHI AMUNEKE-NZE,**
*Petitioner*

---

2025-121

---

On Petition for Writ of Mandamus to the Department of Education.

---

**ON PETITION**

---

PER CURIAM.

## O R D E R

Uchechi Amuneke-Nze petitions this court to issue a writ of mandamus directed to the United States Department of Education and Secretary of Education to "cease unconstitutional and ultra vires actions," "[p]revent enforcement of legislative rules," and make other findings relating to rulemaking. Pet. at 3–4. The petition also asks for expedited consideration. *Id*. at 3.

The All Writs Act provides that the federal courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C.§ 1651(a). As that statute makes clear, however, the Act is not itself a grant of jurisdiction.

*See Clinton v. Goldsmith*, 526 U.S. 529, 534–35 (1999).  The submitted petition does not reference any specific agency or trial court action that could eventually be subject to this court's jurisdiction on direct appeal such that we lack jurisdiction to consider the mandamus request.  *See, e.g.,* 28 U.S.C. § 1295.  We therefore dismiss the petition.

Accordingly,

IT IS ORDERED THAT:

The petition is dismissed.

FOR THE COURT

March 27, 2025
    Date

Jarrett B. Perlow
Clerk of Court